```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:10-mj-00037-SMS |
| | ) | |
| Plaintiff, | ) | EX PARTE APPLICATION AND ORDER TO DISMISS COMPLAINT AND RECALL ARREST WARRANT |
| v. | ) | |
| JASON PHILLIP BARBOUR, | ) | |
| Defendant. | ) | |

    COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the complaint and recalling the arrest warrant in the above-referenced case.

    A complaint charging the defendant with violations of 21 U.S.C. §§ 846, 841(a)(1) and (B)(1)(a) Conspiracy to Distribute and Possess Cocaine with the Intent to Distribute, was signed by The Honorable Sandra M. Snyder, United States Magistrate Judge, on February 16, 2010, in Fresno, California. The defendant has not yet been arrested on that complaint.

//

The government respectfully submits that, in the interests of justice, the above-entitled complaint be dismissed as to defendant Barbour, and the arrest warrant issued thereon, be recalled.

DATED: March 8, 2010

                                          Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: /s/ Laurel J. Montoya
                                          Assistant U.S. Attorney

## ORDER

Upon application of the United States, and good cause having been shown therefor,

IT IS HEREBY ORDERED that the complaint signed by The Honorable Sandra M. Snyder on February 16, 2010, bearing case number 1:10-mj-00037-SMS, and alleging violations of 21 U.S.C. §§ 846, 841(a)(1)and (b)(1)(B), is hereby DISMISSED as to defendant Barbour and the corresponding arrest warrant RECALLED.

IT IS SO ORDERED.

**Dated:   March 10, 2010**          /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE